**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

|  |  |  |
|---|---|---|
| **THE UNITED STATES OF AMERICA** | * | Crim. No.   GJH-14-0083 |
| v. | * | Civil No. |
|  | * |  |
| **ANTONIO LAMAR COOPER** | * |  |

\* \* \* \* \*

## SUPPLEMENTAL AUTHORITY

Petitioner, through undersigned counsel, supplements his pending petition under 28 U.S.C. § 2255 with the following precedent, which reinforces that his conviction[s] under 18 U.S.C. § 924(c) are now void.

In *Sessions v. Dimaya,* __ U.S. __, 138 S. Ct. 1204 (2018), the Supreme Court held that the residual clause defining a "crime of violence" under 18 U.S.C. § 16(b) is void for vagueness in violation of due process.  Because the residual clause defining "crime of violence" under 18 U.S.C. § 924(c)(3)(B) is identical to § 16(b) and operates in precisely the same way (with the same categorical approach and ordinary case inquiry) that applies to § 16(b), § 924(c)(3)(B) is also unconstitutionally void.  Indeed, relying on *Dimaya*, the Fourth Circuit held exactly as such in *United States v. Simms*, 914 F.3d 229 (4th Cir. 2019).  Three other circuits have also reached the same conclusion post-*Dimaya*.  *See United States v. Davis*, 903 F.3d 483, 495-86 (5th Cir. 2018) (per curiam), *cert. granted*, __ U.S.__, __ S. Ct. __, 2019 WL 98544 (U.S. Jan. 4, 2019) (No. 18-431); *United States v. Eshetu,* 898 F.3d 36, 37 (D.C. Cir. 2018) (per curiam); *United States v. Salas,* 889 F.3d 681, 684, 684-86 (10th Cir. 2018).  This Court must do the same.

However, to be clear, the Supreme Court will give the last word on whether the § 924(c) residual clause is unconstitutionally void in *Davis*, Case No. 18-431. This decision is expected by the end of the Supreme Court term in June. As a result, undersigned counsel has no opposition to Petitioner's § 2255 petition being stayed until then. The government has also represented to undersigned counsel that it agrees with such stay.

Respectfully submitted,

JAMES WYDA
Federal Public Defender


_____/s/_____
PARESH S. PATEL
Assistant Federal Public Defender
6411 Ivy Lane, Ste. 710
Greenbelt, Maryland
(301) 344-0600

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 3rd day of April 2019, a copy of the foregoing motion was delivered via electronic filing to David I. Salem, Esq. Assistant United States Attorney, Office of the United States Attorney, Baltimore, Maryland, 21201.

_____/s/_____
PARESH S. PATEL
Assistant Federal Public Defender