IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | CRIMINAL NO. JKB-14-0083 |
| ANTONIO LAMAR COOPER, | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## MEMORANDUM AND ORDER

Pending before the Court is Antonio Lamar Cooper's Motion for Compassionate Release (ECF No. 325) and Motion to Seal (ECF No. 327). The Court will consider the Motion for Compassionate Release in due course, and will deny the Motion to Seal. Defendant explains that, if exhibits attached to his Motion for Compassionate Release are made public, they would "jeopardize the defendant's, family members and other friends right to privacy; in their personal addresses, phone numbers and defendant's medical records." (ECF No. 327.) However, the Court has reviewed the exhibits, and they do not include his medical records, nor do they disclose the addresses of any other individuals. (*See* ECF Nos. 325-1–4.) They only reveal the telephone numbers of two individuals. (*Id.*) Thus, the Court concludes that sealing is not necessary.

Accordingly, it is ORDERED that that Defendant's Motion to Seal (ECF No. 327) is DENIED.

DATED this 11 day of April, 2025.

BY THE COURT:

/s/ James K. Bredar
James K. Bredar
United States District Judge